### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SETH AARON WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| -vs- | )   Case No. CIV-08-526-F |
| | ) |
| DAVID C. MILLER, Warden, | ) |
| | ) |
| Respondent. | ) |

### ORDER

On July 15, 2008, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation, wherein he recommended that respondent's motion to dismiss be granted and that petitioner's petition for a writ of habeas corpus be dismissed as untimely. Magistrate Judge Argo specifically advised petitioner of his right to file an objection to the Report and Recommendation on or before August 4, 2008. He further advised petitioner that failure to file a timely objection waives the right to appellate review of both factual and legal issues therein contained.

To date, petitioner has not filed any objection to the Report and Recommendation. In addition, petitioner has not filed a request for an extension of time to file an objection. With no objection being filed and the court agreeing with the analysis and recommendation of Magistrate Judge Argo, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Doyle W. Argo on July 15, 2008 (doc. no. 12) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. Respondent's Motion to Dismiss Petition for Habeas

Corpus as Time Barred by the Statute of Limitations, filed June 18, 2008 (doc. no. 10), is **GRANTED**.  Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed as untimely.

    DATED August 11, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0526p002.wpd